IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RASHEED T., : | | CIVIL ACTION |
| Plaintiff : | | |
| : | | |
| v. : | | |
| : | | |
| FRANK BISIGNANO, : | | |
| Commissioner of the : | | |
| Social Security Administration, : | | |
| Defendant : | | NO. 25-189 |

## ORDER

**AND NOW**, this 30th day of May 2025, for the reasons contained in the court's Memorandum, it is hereby **ORDERED** that Plaintiff's Request for Review is **GRANTED**, and, this matter, pursuant to **sentence four** of 42 U.S.C. 405(g), is **REMANDED** to the Commissioner. Upon remand, the ALJ shall discuss the evidence and provide an adequate explanation of her determination regarding whether Plaintiff's impairment(s) meet or medically equal the Listings at § 7.05 and § 1.17.

**IT IS SO ORDERED**.

BY THE COURT:

 */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge